# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAP ONE, INC., | No. 2:19-cv-01911-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| MV SIERRA ROSE, Official Number 1177228, her engines, tackle, apparel, furniture, equipment, and appurtenances, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff Cap One, Inc.'s ("Plaintiff") Motion for Publication of Notice of Action and Arrest of Vessel pursuant to Local Rule 171, Local Rule 580, and Federal Rule of Civil Procedure 83.  (ECF No. 17.)

Plaintiff requests this Court to authorize publication of its Notice of Action in Rem and Arrest of Vessel (ECF No. 16) in the *Tahoe Daily Tribune* once weekly for three (3) weeks beginning on December 4, 2020 and ending on December 18, 2020.  (ECF No. 17.)  Plaintiff notes the *Tahoe Daily Tribune* is appropriate for publication because "it is nearest in proximity to the location at which the subject vessel was arrested and thus most likely to be seen and read by any person/entity who/which has any claim against that vessel and/or might desire to intervene in this action."  (*Id.* at 1–2.)

1

The Court has reviewed Plaintiff's request for publication and finds good cause exists therefor.

Accordingly, IT IS HEREBY ORDERED:

1. The Notice of Action in Rem and Arrest of Vessel (ECF No. 16) is to be published in the *Tahoe Daily Tribune* once weekly for three (3) weeks beginning on December 4, 2020 and ending on December 28, 2020; and

2. Plaintiff shall file a sworn proof of publication by or on behalf of the publisher of the *Tahoe Daily Tribune*, no later than twenty-eight (28) days after the date of publication of the Notice of Action in Rem and Arrest of Vessel.

IT IS SO ORDERED.

DATED: November 24, 2020

Troy L. Nunley
United States District Judge

2